JS-6

GIRARD BENGALI, APC
355 SOUTH GRAND AVE., SUITE 2450
LOS ANGELES, CALIFORNIA 90071
(323) 302-8300

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA HUGHES, as Trustee of BLAKE MALLEN 2013 TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> FLORENCE CAPITAL ADVISORS, LLC, a Delaware limited liability company; OLD CITY SECURITIES LLC, a New York limited liability company; GREGORY HERSCH, an individual; and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NUMBER: <br> 2:20-CV-09289-PA (JEMx) <br><br> **ORDER RE: JOINT STIPULATION TO ARBITRATE AND DISMISS WITHOUT PREJUDICE** |

Based upon the Joint Stipulation of the Parties to Arbitrate and Dismiss Without Prejudice, and good cause appearing therefor, **IT IS HEREBY ORDERED** the Parties shall arbitrate the claims pending in this action through the American Arbitration Association, consistent with this Stipulation, and this action is dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated November 30, 2020

_[signature]_
Hon. Percy Anderson
United States District Judge

1
ORDER RE: JOINT STIPULATION TO ARBITRATE AND DISMISS
WITHOUT PREJUDICE